UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-363-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| RICO ANTONIO GREEN, ) | |
|    Defendant. ) | |

NOW COMES the Defendant, RICO ANTONIO GREEN, by and through the undersigned attorney of record and respectfully give his Notice of Appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action.

This 14th day of November, 2018.

                                                 _/s/ Lewis A. Thompson, III_____
                                                 Lewis A. Thompson, III
                                                 Banzet, Thompson, Styers & May, PLLC
                                                 P. O. Box 535
                                                 Warrenton, NC 27589
                                                 Telephone: (252) 257-3166
                                                 Facsimile: (252) 257-2053
                                                 Email: al.thompson@banzetlaw.com
                                                 North Carolina Bar No. 8058

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was served on the following person(s) by Electronic Filing – US Federal District Court for Eastern District of North Carolina:

United States Attorney's Office
310 New Bern Avenue
Suite 800
Raleigh, NC 27601

This 14th day of November, 2018.

_/s/ Lewis A. Thompson, III_____
Lewis A. Thompson, III
Banzet, Thompson, Styers & May, PLLC
P. O. Box 535
Warrenton, NC 27589
Telephone: (252) 257-3166
Facsimile: (252) 257-2053
Email: al.thompson@banzetlaw.com
North Carolina Bar No. 8058